UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN KAZARIAN,<br><br>Petitioner,<br><br>v.<br><br>DAVID MARIN, et al.,<br><br>Respondents. | Case No. 5:26-cv-01725 HDV (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Motion for a Preliminary Injunction and for a Temporary Restraining Order [Dkt. No. 5], Response to Petitioner's Motion for a Preliminary Injunction and for a Temporary Restraining Order [Dkt. No. 11], Answer to Petition [Dkt. No. 13], Traverse in Support of Petition [Dkt. No. 18], Petitioner's Supplemental Traverse [Dkt. No. 22], Respondents' Supplemental Answer [Dkt. No. 24], Joint Status Report [Dkt. No. 29], Respondents' Supplemental Brief [Dkt. No. 33], all the records and files herein, along with the September 23, 2026 Report and Recommendation of the assigned United States Magistrate Judge [Dkt. No. 35], and the Objection to the Report and Recommendation

("Objections") [Dkt. No. 38]. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Objections have been made. Respondents' Objections are overruled.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation is accepted, [Dkt. No. 35];

2. The Petition is granted;

3. The preliminary injunction [Dkt. No. 25] is converted into a permanent injunction; and

4. Judgment is to be entered accordingly.

DATED: 10/22/26

THE HONORABLE HERNAN D. VERA
United States District Judge